

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ROXANNA CERVANTES SEGOVIA, | § | No. 08-21-00008-CR |
| Appellant, | § | |
| | | Appeal from the |
| v. | § | |
| | | 441st District Court |
| THE STATE OF TEXAS, | § | |
| | | of Midland County, Texas |
| Appellee. | § | |
| | | (TC# CR51839) |

## J U D G M E N T

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of jurisdiction. We therefore dismiss the appeal for want of jurisdiction. We further order this decision be certified below for observance.

IT IS SO ORDERED THIS 18TH DAY OF AUGUST, 2021.


GINA M. PALAFOX, Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.